UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MORIAH BEST,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>SELAH SCHOOL DISTRICT NO. 119,<br><br>　　　　　　Defendant. | NO. 1:22-CV-3116-TOR<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION |

BEFORE THE COURT is Plaintiff's Motion for Reconsideration. ECF No. 17. This matter was submitted for consideration without oral argument. The Court has reviewed the record and files herein, and is fully informed. For the reasons discussed below, Plaintiff's Motion is **DENIED**.

**DISCUSSION**

Motions for reconsideration are generally disfavored. "Reconsideration is appropriate if the district court (1) is presented with newly discovered evidence, (2) committed clear error or the initial decision was manifestly unjust, or (3) if there is

ORDER DENYING PLAINTIFF'S MOTION FOR RECONSIDERATION ~ 1

an intervening change in controlling law." *Sch. Dist. No. 1J, Multnomah Cty., Or. v. ACandS, Inc.*, 5 F.3d 1255, 1263 (9th Cir. 1993). "There may also be other, highly unusual, circumstances warranting reconsideration." *Id.*

Plaintiff asks the Court to either provide Plaintiff an additional two weeks to respond to Defendant's motion and/or secure substitute counsel on the grounds that "Plaintiffs' counsel has been dealing with the terminal illness of her partner." ECF No. 17 at 1–2. While the Court is sympathetic to Plaintiff's situation, it does not warrant the multiple failures to engage in prosecution of this case, *see* ECF No. 15, or the failure to bring this issue to the Court's attention in the several months preceding dismissal of this case. As Plaintiff fails to show clear error or manifest injustice, Plaintiff's motion is denied.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

Plaintiff's Motion for Reconsideration (ECF No. 17) is **DENIED**.

The District Court Executive is directed to enter this Order and provide copies to the parties. The file remains closed.

DATED May 23, 2023.



THOMAS O. RICE
United States District Judge